IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:23-cv-02023-SKC-KAS

**CHARLES MUELLER,**

    Plaintiff,

v.

**ALSTON LAMBERT**,

    Defendant.

## SPECIAL VERDICT FORM

You are instructed to answer the following questions. You must all agree on your answer to each question, and you must all sign the completed form on the signature lines.

## PART A

**1.** **Did the Plaintiff, Charles Mueller, prove by a preponderance of the evidence that he had injuries, damages, or losses?**

    Answer Yes or No: __Yes__

*If your answer to Question 1 is "Yes," then proceed to Question 2. If your answer to Question 1 is "No," then your verdict is for the Defendant, and you must proceed to Part 2 of the Certification.*

**2.** **Did the Plaintiff, Charles Mueller, prove by a preponderance of the evidence that Defendant, Alston Lambert, was negligent?**

1

Answer Yes or No: __No__

*If your answer to Question 2 is "Yes," then proceed to Question 3. If your answer to Question 2 is "No," then your verdict is for the Defendant, and you must proceed to Part 2 of the Certification.*

3. **Did the Plaintiff, Charles Mueller, prove by a preponderance of the evidence that Defendant Alston Lambert's negligence was a cause of Mr. Mueller's injuries, damages, or losses?**

Answer Yes or No:_____

*If your answer to Question 3 is "Yes," then proceed to the next section, **Part B**, below. If your answer to Question 3 is "No," then your verdict is for the Defendant, and you must proceed to Part 2 of the Certification.*

## PART B

4. **Did the Defendant, Alston Lambert, prove by a preponderance of the evidence that Plaintiff, Charles Mueller, was negligent?**

ANSWER Yes or No:_____

*If your answer to Question 4 is "Yes," then proceed to Question 5. If your answer to Question 4 is "No," then skip Question 5 and proceed to Question 6.*

5. **Did the Defendant, Alston Lambert, prove by a preponderance of the evidence that Plaintiff Charles Mueller's negligence was a cause of his own claimed injuries, damages, or losses?**

ANSWER Yes or No:_____

*If your answer to both Nos. 4 and 5 is "Yes," continue to Question 6. If your answer to Question 5 is "No," still continue to Question 6.*

6. **State your answers to the following questions relating to the Plaintiff's damages that were caused by the negligence of the**

2

Defendant, Alston Lambert, whether or not the damages were also caused by the negligence, if any, of the Plaintiff.

> a. What is the total amount of Mr. Mueller's damages, if any, for noneconomic losses or injuries, *excluding* any damages for physical impairment or disfigurement? Noneconomic losses or injuries are those losses or injuries described in numbered paragraph 1 of Instruction No. 24. You should answer "0" if you determine there were none.
>
> Answer: $_____
>
> b. What is the total amount of Mr. Mueller's damages, if any, for economic losses, excluding damages for physical impairment or disfigurement? Economic losses are those losses described in numbered paragraph 2 of Instruction No. 24. You should answer "0" if you determine there were none.
>
> Answer: $_____
>
> c. What is the total amount of Mr. Mueller's damages, if any, for physical impairment or disfigurement? You should answer "0" if you determine there were none.
>
> Answer $_____
>
> d. Please add the total of any dollar amounts you wrote above and write that total here:
>
> Total: $_____

*If your answers to all of Questions 1 – 5, are "Yes," then continue to Question 7. If your answers to all Questions 1 – 3 are "Yes," but your answers to either or both Questions 4 and 5 is "No," skip Question 7 and proceed to Part 1 of the Certification.*

7.  Taking as 100 percent the combined negligence of Mr. Alston and the negligence of Mr. Mueller that caused Mr. Mueller's injuries, damages, or losses, what percentage of that negligence was attributable to Defendant Alston Lambert, and what percentage of that negligence was attributable to Plaintiff Charles Mueller?

    A.  Defendant Alston Lambert: _____ %
    B.  Plaintiff Charles Mueller: _____ %
                                             (Total 100%)

*If completing Question 7, proceed to Part 1 of the Certification after completing the question.*

## CERTIFICATION - PART 1

If you have reached a verdict for PLAINTIFF on his claim, sign and date the following section. Once you have done so, inform the Courtroom Deputy that you reached a verdict and are ready to return to the courtroom to announce your verdict.

By our signatures and answers to these questions, we certify that we have reached a verdict for PLAINTIFF on the claim indicated herein, and that the answers on this form represent the unanimous verdict of the jury.

SIGNATURE OF JURORS:



January 31, 2024
Date

5

## CERTIFICATION - PART 2

If you have reached a verdict for DEFENDANT, sign and date the following section. Once you have done so, inform the Courtroom Deputy that you have reached a verdict and that you are ready to return to the courtroom to announce your verdict.

By our signatures and answers to these questions, we certify that we have reached a verdict for DEFENDANT on the claim indicated herein, and that the answers on this form represent the unanimous verdict of the jury.

SIGNATURE OF JURORS:

_____          _____
Date                                                      Foreperson


_____          _____


_____          _____


_____          _____